## Commonwealth ex rel. Sprenkle, Appellant, *v.* Russell.

Submitted June 9, 1969. *Blake E. Martin,* Public Defender, for appellant; *Leroy S. Maxwell, Jr.,* First Assistant District Attorney, and *Jay L. Benedict,* District Attorney, for appellee.

Order affirmed.